| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Melissa Ory_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>                                                        11-10-06 |
| 1. Article Addressed to:<br><br>**TORIN JACKS, INC.**<br>Agent for Service of Process: JUN JI<br>4355 E. Brickell Street<br>Ontario, California 91761<br><br>06CV1003 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0550 0000 7581 5139 |

PS Form 3811, February 2004.    Domestic Return Receipt    102595-02-M-1540