**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

December 6, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Rita Prophitt v. Torin Jacks, Inc.
Case Number: 3:06-cv-1003-WKW

**Pleading : #6 - Order**

**Notice of Correction is being filed this date to advise that the referenced Order was e-filed today in the wrong case.**

**The Order is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**