IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RITA PROPHITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-1003-WKW |
| ) | |
| TORIN JACKS, INC., ) | |
| ) | |
| Defendant. ) | |

___

**RULE 26(f) REPORT**
___

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on December 6, 2006, via conference call and was attended by:

Edward W. Payne, Porterfield, Harper, Mills & Motlow, P.A., attorney for Defendant Torin Jacks, Inc.

Jeremy Knowles, Morris, Haynes & Hornsby, attorney for Plaintiff.

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by February 1, 2007.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

The parties agree that discovery will be needed on all aspects of the claims in this case including damages and liability.

All discovery should be commenced in time to be completed by January 1, 2008.

A maximum of 50 interrogatories by each party to any other party. Responses are due 30 days after service.

A maximum of 30 requests for admission by each party to any other party. Responses are due 30 days after service.

A maximum of 10 depositions per party.

Depositions other than of parties or expert witnesses is limited to 8 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) are due from plaintiff by July 1, 2007 and depositions will be taken by August 1, 2007.

Reports from retained experts under rule 26(a)(2) are due from defendant by September 1, 2007 and depositions will be taken by October 1, 2007.

Supplementations under Rule 26(e) are due by the discovery cutoff date.

4. **Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference 4-6 weeks before trial.

Plaintiff should be allowed until August 1, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until September 1, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed no later than November 1, 2007.

Settlement cannot be evaluated prior to the conducting of initial discovery.

Anticipated date of a pre-trial conference is on or about February 1, 2008.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due by January 10, 2008.

Parties should have seven days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be ready for trial by the March 2008 term and at this time is expected to take approximately 3- 4 days.

DATE:   December 20, 2006

/s/ Jeremy Knowles
Jeremy Knowles
Attorney for Plaintiff
Morris, Haynes & Hornsby
Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000

/s/ Larry W. Harper
Larry W. Harper
Edward W. Payne
Attorneys for Defendant Torin Jacks, Inc.
Porterfield, Harper, Mills & Motlow, P.A.
Post Office Box 530790
Birmingham, Alabama 35253-0790
Phone: (205) 980-5000