UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RITA PROPHITT, as Administratrix of the Estate of ARLEN PROPHITT, Deceased, </br></br>Plaintiff,</br></br>v.</br></br>TORIN JACKS, INC., et al.,</br></br>Defendants. | CIVIL ACTION NO.: 3:06-cv-1003-WKW |

### INITIAL DISCLOSURES OF DEFENDANT TORIN JACKS, INC.

Comes now the Defendant, designated as Torin Jacks, Inc., and pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, hereby set forth the following Initial Disclosures:

 A. **Identities of the individuals likely to have knowledge of discoverable facts:**

  1. Rita Prophitt, Plaintiff

  2. Kelli Prophitt, Plaintiff's daughter

  3. Any health care provider of Arlen Prophitt;

  4. Bruce Sharp

  5. Richard Barnett

  6. Austin Singleton

  7. Jerome Cawley of Torin Jacks, Inc.
    4355 East Brickell Street
    Ontario, California

B.  **Documents and things in possession of counsel or the party, or description thereof:**

1. Representative Owner's Manual of the Hydraulic Jack made the basis of the lawsuit.

2. Exemplar of the hydraulic jack made the basis of the lawsuit

3. Medical records reflecting treatment to the Plaintiff as a result of this accident, and provided by the Plaintiff.

4. Photographs of the hydraulic jack in question.

5. Photographs of the accident scene.

6. Parts list of hydraulic jack with corresponding diagram.

7. A search is being conducted for any documents pertaining to the manufacture, design or sale of the hydraulic jack in question. This would include any engineering details, schematic design and blueprints. This information will be provided if located and is expected to be used.

C.  **Damages**

Not applicable.

D.  **Insurance Agreements in Force:**

1. Please see enclosed information regarding insurance policies.

Respectively submitted,

/s/ **Larry W. Harper**
Larry W. Harper
Attorney for Defendant, Torin Jacks, Inc.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, Alabama 35253-0790
Telephone: 205-980-5000
Facsimile: 205-980-5001
ASB-3074-R76L; HAR093
E-mail: lwh@phm-law.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RITA PROPHITT, as Administratrix of the Estate of ARLEN PROPHITT, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 3:06-cv-1003-WKW<br>) |
| TORIN JACKS, INC., et al., | )<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon the following by e-file notice and/or facsimile and/or placing a copy of same in the United States mail, first class postage prepaid and properly addressed on this the 29th day of January, 2007.

<u>Counsel for Plaintiff:</u>
Larry Wade Morris, Esq.
Jeremy L. Knowles, Esq.
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL  35010

/s/ Larry W. Harper
Larry W. Harper
Attorney for Defendant, Torin Jacks, Inc.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, Alabama 35253-0790
Telephone:  205-980-5000
Facsimile:  205-980-5001
ASB-3074-R76L; HAR093
E-mail:  lwh@phm-law.com



**IFG Companies**

Policy Number: HGL0008349

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

Named Insured: Torin Jacks, Inc.    Effective Date: 01/16/2005

### Item 1. LIMITS OF INSURANCE

| Amount | Description |
|---|---|
| $ 2,000,000 | General Aggregate Limit (Other Than Products-Completed Operations) |
| $ 2,000,000 | Products-Completed Operations Aggregate Limit |
| $ 1,000,000 | Personal and Advertising Injury Limit |
| $ 1,000,000 | Each Occurrence Limit |
| $ 50,000 | Damage To Premises Rented To You Limit (Any One Premises) |
| $ 5,000 | Medical Expense Limit (Any One Person) |

### Item 2. RETROACTIVE DATE (CG 00 02 only):

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here: NONE   *(Enter Date or "None" if no Retroactive Date applies.)*

### Item 3. LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

1. 4355 Brickell Street
   Ontario   CA  91761
2.

Rating Terr.
Loc 1: 006
Loc 2:

☐ See Supplemental Schedule of Locations (IFG-I-0140)

### Item 4. FORM(S) AND ENDORSEMENT(S) made a part of this policy at time of issue:

See Listing of Forms and Endorsements (IFG-I-0150)

### Item 5. CLASSIFICATIONS AND RATES   ☐ See Schedule of Classifications and Rates (IFG-G-0003)

| Classification | Code No. | Premium Base | Rate All Other | Rate Prod.-C. Ops. | Advance Premium All Other | Advance Premium Prod.-C. Ops. |
|---|---|---|---|---|---|---|
| See IFG-I-0152 1100 Composite Rate Endorsement | | | | | $101,000 | |

☒ Premium is adjustable.   ☐ Premium is Flat (not adjustable)

### Item 6. PREMIUMS

$101,000.00   Total Coverage Part Premium
$             Coverage Part Minimum Premium (if applicable)

### Item 7. AUDIT PERIOD (If Applicable)

☒ Annually   ☐ Semi-Annually   ☐ Quarterly   ☐ Monthly

These Declarations are part of the Policy Declarations containing the name of the insured and the policy period.

IFG-G-0002-DL 0301                                                         Page 1 of 1

**RSUI**

OF INSURANCE AGENCY

## LIABILITY POLICY DECLARATIONS

945 EAST PACES FERRY ROAD
SUITE 1800
ATLANTA, GA 30326-1125

THIS POLICY IS ISSUED BY THE COMPANY DESIGNATED BELOW:

COMPANY NAME   RSUI INDEMNITY COMPANY
(A New Hampshire Stock Co.)

POLICY NUMBER: NHA213410
NEW: ☐
RENEWAL OF: LHA211057

PRODUCER CODE NO: _____

PRODUCER'S NAME AND ADDRESS

**ITEM 1 NAMED INSURED AND MAILING ADDRESS**

TORIN JACKS, INC.
4355 BRICKELL STREET
ONTARIO, CA 91761

**ITEM 2**   COVERAGE:   EXCESS

**ITEM 3**   POLICY PERIOD
FROM 01/16/2005   TO 01/16/2006   12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED

LIMITS OF INSURANCE

**ITEM 4 LIMITS AND PREMIUM**

| EACH OCCURRENCE | AGGREGATE WHERE APPLICABLE |
|---|---|
| $ 9,000,000 | $ 9,000,000 |

PREMIUM

$67,000.00

☒ FLAT   ☐ AUDITABLE – SEE PREMIUM COMPUTATION ENDORSEMENT

**ITEM 5**   ENDORSEMENTS ATTACHED:   Policy Jacket: RSG 31001 01 04

1. Absolute Asbestos Exclusion
2. Conditional Exclusion of Terrorism Relating to Disposition of Fed TRIA of 2002
3. Exclusion - Damage to Property
4. Exclusion of Certified Acts of Terrorism and Other Nuclear, Biological or Chemical Acts of Terrorism
5. Total Pollution Exclusion - With Hostile Fire Exception
6. War Liability Exclusion

_James A. Dixon_   Date Issued   2/14/2005

Countersigned By   Authorized Representative

RSG 30001 1003   MB