UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RITA PROPHITT, as Administratrix of the Estate of ARLEN PROPHITT, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 3:06-cv-1003-WKW |
| TORIN JACKS, INC., et al., ) ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the Plaintiff, Rita Prophitt, and the Defendant, Torin Jacks, Inc., in the above-styled case, by and through their attorneys of record, and move this Court to dismiss this action, with prejudice, costs taxes as paid.

_____
Jeremy L. Knowles
Attorney for Plaintiff, Rita Prophitt

**OF COUNSEL**
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL 35010

_____
Edward W. Payne (ASB-9722-A44E; PAY014)
Attorney for Defendant, Torin Jacks, Inc.

**OF COUNSEL**
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790

Birmingham, Alabama 35253-0790
Telephone: 205-980-5000
Facsimile: 205-980-5001
E-mail: ewp@phm-law.com